**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Cecil Dewitt NELSON, a.k.a. Red,
Defendant–Appellant.**

No. 13–11316.

United States Court of Appeals,
Eleventh Circuit.

Dec. 2, 2013.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Carlton R. Bourne, Jr., U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

David M. Burns, The Law Office of David M. Burns, Jr., Savannah, GA, Cecil Dewitt Nelson, USP Coleman I, Coleman, FL, for Defendant–Appellant.

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

David M. Burns, Jr., appointed counsel for Cecil Dewitt Nelson, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the conviction and sentence are **AFFIRMED**.